**STATE of Missouri, Respondent,**

v.

**Tosh A. GRAFF, Appellant.**

**WD 77192**

Missouri Court of Appeals, Western District.

ORDER FILED: March 31, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 2015

Application for Transfer Denied June 30, 2015

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, Attorneys for Respon-dent.

Damien de Loyola, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Before Division I: Cynthia L. Martin, Presiding Judge, and Thomas H. Newton and Mark D. Pfeiffer, Judges

**Order**

Per Curiam:

Tosh A. Graff appeals from the judg-ment of the Circuit Court of Jackson County, Missouri, finding him guilty, fol-lowing a bench trial, of driving while intox-

icated ("DWI") as a persistent DWI offender. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 30.25(b).